1  ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
2  ERIC AKIRA TATE (CA SBN 178719)
ETate@mofo.com
3  MORRISON & FOERSTER LLP
425 Market Street
4  San Francisco, California  94105-2482
Telephone:  415.268.7000
5  Facsimile:   415.268.7522

6  Attorneys for Plaintiff
CLOUDERA, INC
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  OAKLAND DIVISION

11  CLOUDERA, INC.,                          Case No. 4:21-cv-01217-HSG

12              Plaintiff,
                                             **STIPULATION AND
13      v.                                   ORDER SUBSTITUTING
                                             COUNSEL**
14  DATABRICKS, INC., RICHARD
DOVERSPIKE,
15

16              Defendants.

17      Pursuant to Civil Local Rule 11-5 and subject to the approval by the Court, notice is

18  hereby given that Plaintiff CLOUDERA, INC. substitutes the law firm of Morrison & Foerster

19  LLP as attorneys of record in place of the law firm Orrick, Herrington & Sutcliffe LLP in the

20  above-captioned matter.

21      It is hereby requested that effective immediately, all further pleadings, notices, and

22  correspondence be directed to Morrison & Foerster LLP's attention at the address below:

23          ARTURO J. GONZÁLEZ (CA SBN 121490)
            AGonzalez@mofo.com
24          ERIC AKIRA TATE (CA SBN 178719)
            ETate@mofo.com
25          MORRISON & FOERSTER LLP
            425 Market Street
26          San Francisco, California  94105-2482
            Telephone:     415.268.7000
27          Facsimile:     415.268.7522

28

1        Accordingly, the Plaintiff respectfully requests that Orrick, Herrington & Sutcliffe LLP be

2    allowed to withdraw as counsel for Plaintiff and that the following Orrick, Herrington & Sutcliffe

3    LLP attorneys' names be removed from the Court's electronic mail notice list and counsel's service

4    lists with respect to the above-captioned matter:

5        AMY K. VAN ZANT
    avanzant@orrick.com

6        MICHAEL D. WEIL
    mweil@orrick.com

7        ORRICK, HERRINGTON & SUTCLIFFE LLP
    1000 Marsh Road

8        Menlo Park, CA 94025
    Telephone: 650.614.7400

9        Facsimile: 650.614.7401

10       SHAWN N. BUTTE
    SButte@orrick.com

11       ORRICK HERRINGTON & SUTCLIFFE LLP
    51 West 52nd Street

12       New York, NY 10019
    Telephone (212) 506-5000

13       Orrick, Herrington & Sutcliffe LLP consents to being substituted.

14

15       Dated: March 26, 2021            ORRICK, HERRINGTON & SUTCLIFFE LLP

16

17                                By:   *s/ Amy K. Van Zant*

18                                     AMY K. VAN ZANT
        Former Attorneys for Plaintiff
        CLOUDERA, INC.

19

20       Morrison & Foerster LLP consents to this substitution.

21       Dated: March 26, 2021            MORRISON & FOERSTER LLP

22

23                                By:   *s/ Eric Akira Tate*

24                                     ERIC AKIRA TATE

25                                     Attorneys for Plaintiff CLOUDERA, INC.

26

27

28

1

**ATTESTATION OF E-FILED SIGNATURE**

2       I, Eric Akira Tate, am the ECF User whose ID and password are being used to file this

3  document.  In compliance with Local Rule 5-1(i)(3), I hereby attest that Amy K. Van Zant has

4  concurred in this filing.

5       Dated: March 26, 2021                    *s/ Eric Akira Tate*

6                                                Eric Akira Tate

7

8                                   <u>**ORDER**</u>

9       The above substitution of counsel is hereby approved and SO ORDERED.

10
    Dated: 3/29/2021
11                                       The Honorable Haywood S. Gilliam, Jr.

12                                       United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28