1  ARTURO J. GONZALEZ (CA SBN 121490)
   AGonzalez@mofo.com
2  ERIC AKIRA TATE (CA SBN 178719)
   ETate@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California  94105-2482
   Telephone:  415.268.7000
5  Facsimile:   415.268.7522

6  Attorneys for Plaintiff
   CLOUDERA, INC

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10                  OAKLAND DIVISION

11  CLOUDERA, INC.,                    Case No. 4:21-cv-01217-HSG

12                  Plaintiff,

13        v.                           **JOINT STIPULATION AND
                                       ORDER REGARDING
14  DATABRICKS, INC., RICHARD          SUPPLEMENTAL BRIEFING
    DOVERSPIKE,                        FOR MOTION TO STAY
15                                     PENDING ARBITRATION**
                  Defendants.
16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>JOINT STIPULATION REGARDING SUPPLEMENTAL BRIEFING
FOR MOTION TO STAY PENDING ARBITRATION</u>**

Pursuant to Civil Local Rules 7-3(d) and 7-12 and subject to the approval by the Court, Plaintiff CLOUDERA, INC. ("Cloudera") and Defendant DATABRICKS, INC. ("Databricks") (together, the "Parties"), hereby stipulate as follows:

WHEREAS, Cloudera filed its Complaint against Databricks and Defendant Richard Doverspike ("Doverspike") in the United States District Court for the Northern District of Georgia, captioned *Cloudera, Inc. v. Databricks, Inc., et al.*, No. 1:21-cv-00108-ELR (N.D. Ga.), on January 8, 2021;

WHEREAS, on January 13, 2021, Doverspike submitted a Demand for Arbitration of the claims asserted against him by Cloudera with JAMS, pursuant to the Mutual Arbitration Agreement, and filed a Rule 7.2 Emergency Motion to Compel Arbitration and Stay ("Motion to Compel Arbitration") with the Northern District of Georgia;

WHEREAS, on January 14, 2021, Databricks filed an Emergency Motion to (1) Stay Pending Arbitration or, in the Alternative, (2) Transfer to the Northern District of California ("Motion to Stay") with Northern District of Georgia;

WHEREAS, Cloudera filed an Opposition-in-Part to Databricks's Motion to Stay on January 22, 2021, and Databricks filed its Reply on January 26, 2021;

WHEREAS, on January 26, 2021, JAMS issued a notice of intent to initiate arbitration of the Doverspike claims, captioned *Doverspike v. Cloudera*, JAMS Reference No. 1110026641 ("the Arbitration");

WHEREAS, on January 27, 2021, Cloudera filed an Amended Complaint (the "AC") against Databricks and Doverspike in the Northern District of Georgia;

WHEREAS, on February 18, 2021, the Northern District of Georgia granted Doverspike's Motion to Compel Arbitration of the claims asserted against him and Databricks's motion to transfer the case to the Northern District of California;

WHEREAS, on February 19, 2021, Cloudera submitted its Response and Statement of Notice of Affirmative Defenses and Counterclaims in the Arbitration;

1        WHEREAS, this case was transferred to the Northern District of California on

2  February 19, 2021, and subsequently reassigned to the Honorable Judge Haywood S. Gilliam, Jr.

3  on February 24, 2021;

4        WHEREAS, on March 5, 2021, Doverspike submitted his Response and Affirmative

5  Defenses to Cloudera's Counterclaims, as well as Amended Claims Against Cloudera, Inc. in the

6  Arbitration;

7        WHEREAS, on March 17, 2021, Databricks re-noticed its January 14, 2021 Motion to

8  Stay and set it for a hearing on June 24, 2021;

9        WHEREAS, on March 19, 2021, Cloudera submitted its Response to Doverspike's

10  Amended Claims Against Cloudera, Inc. in the Arbitration;

11        WHEREAS, on March 23, 2021, Cloudera filed a motion for temporary restraining order

12  in the Arbitration, which is currently being briefed in that forum;

13        WHEREAS, because the current briefing on the Motion to Stay was completed before

14  Cloudera filed its AC and before the case was transferred to this Court, the briefing is outdated

15  and does not address new allegations in Cloudera's AC, the subsequent proceedings in the

16  Arbitration, or Ninth Circuit law.  The Parties believe supplemental briefing on the Motion to

17  Stay would be beneficial for the Court and the Parties; and

18        WHEREAS, the Parties therefore request leave of court, pursuant to Civil Local

19  Rule 7-3(d), to submit supplemental briefing in accordance with the following schedule and page

20  limitations below;

21        **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned

22  counsel for the undersigned Parties, pursuant to Civil Local Rules 7-3(d) and 7-12 and subject to

23  the approval of the Court, as follows:

24      1.     Databricks shall file supplemental briefing in support of its Motion to Stay, limited

25          to 25 pages, by May 7, 2021;

26      2.     Cloudera shall file supplemental briefing in opposition to Cloudera's Motion to

27          Stay, limited to 25 pages, by May 21, 2021; and

28

1        3.      Databricks shall file supplemental briefing in reply to Cloudera's opposition to the

2  Motion to Stay, limited to 15 pages, by May 28, 2021.

3

4  Dated: April 13, 2021                     MORRISON & FOERSTER LLP

5

6                                        By:    *s/ Eric Akira Tate*

7                                               ERIC AKIRA TATE

8                                             Attorneys for Plaintiff CLOUDERA, INC.

9  Dated: April 13, 2021                     SKADDEN, ARPS, SLATE,
                                             MEAGHER & FLOM LLP

10

11

12                                        By:    *s/ Christopher G. Clark*
                                           CHRISTOPHER G. CLARK

13                                             (*pro hac vice*)

14                                             Attorneys for Defendant DATABRICKS,
                                           INC.

15

16

17

18               **ATTESTATION OF E-FILED SIGNATURE**

19        I, Eric Akira Tate, am the ECF User whose ID and password are being used to file this

20  document.  In compliance with Local Rule 5-1(i)(3), I hereby attest that Christopher G. Clark has

21  concurred in this filing.

22        Dated: April 13, 2021                  *s/ Eric Akira Tate*
                                           Eric Akira Tate

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

1.      Databricks shall file supplemental briefing in support of its Motion to Stay, limited to 25 pages, by May 7, 2021;

2.      Cloudera shall file supplemental briefing in opposition to Cloudera's Motion to Stay, limited to 25 pages, by May 21, 2021; and

3.      Databricks shall file supplemental briefing in reply to Cloudera's opposition to the Motion to Stay, limited to 15 pages, by May 28, 2021.

Dated: 4/14/2021

The Honorable Haywood S. Gilliam, Jr.
United States District Judge

STIPULATION AND ORDER REGARDING SUPP. BRIEFING FOR MOTION TO STAY

CASE NO. 4:21-CV-01217-HSG

5

sf-4465726