LANCE A. ETCHEVERRY (SBN 199916)
lance.etcheverry@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, California 94301
Telephone:	(650) 470-4500
Facsimile:	(650) 470-4570

JAMES R. CARROLL (*pro hac vice*)
james.carroll@skadden.com
CHRISTOPHER G. CLARK (*pro hac vice*)
christopher.clark@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
500 Boylston Street
Boston, Massachusetts 02116
Telephone: (617) 573-4800
Facsimile: (617) 573-4822

Attorneys for Defendant Databricks, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| CLOUDERA, INC., <br><br> Plaintiff, <br><br> v. <br><br> DATABRICKS, INC., <br><br> Defendant. | CASE NO.: 4:21-cv-01217-HSG <br><br> **ADMINISTRATE MOTION TO COMBINE THE (1) MAY CASE MANAGEMENT CONFERENCE AND (2) JUNE DISPOSITIVE MOTION HEARING** <br><br> Hon. Haywood S. Gilliam, Jr. <br><br> CTRM: Oakland Courthouse, Courtroom 2 – 4th Floor |

Pursuant to Civil L.R. 7-11, Defendant Databricks, Inc. ("Databricks") respectfully requests that the Court continue the Case Management Conference, currently scheduled for May 25, 2021, to be conducted on the same day as the June 24, 2021 hearing on Databricks's Motion to Dismiss the Amended Complaint (ECF No. 57) and Motion to Stay Pending Arbitration (ECF No. 26). Databricks respectfully submits that it would be most efficient for the Court and the parties to appear one time for a consolidated hearing.

1. On February 19, 2021, this action was transferred to this Court from the Northern District of Georgia.

2. Shortly thereafter, on February 24, 2021, the Court scheduled a Case Management Conference for May 25, 2021. (ECF No. 66.)

3. Databricks has filed two threshold procedural motions, one seeking dismissal of this action in its entirety (ECF No. 57) and one seeking to stay this action pending the resolution of an ongoing arbitration proceeding (ECF No. 26). After the Case Management Conference was scheduled, the parties stipulated to briefing schedules for Databricks's two procedural motions. (ECF Nos. 70, 75, 80, 81.) Both of those motions are noticed for hearing before this Court on June 24, 2021. (ECF No. 71, 72.) Those procedural motions will not be fully briefed before the Case Management Conference.

4. Databricks respectfully requests that the Court schedule one consolidated appearance and hold the Case Management Conference on the same day as the motion hearing on Databricks's motion to dismiss and motion to stay. Conducting separate court appearances on these topics only a few weeks apart is particularly inefficient here because both motions raise threshold issues affecting the nature, scope and timing of discovery needed in this case. *First*, Databricks has filed a motion to dismiss that is dispositive of the entire case, potentially obviating the need for any discovery at all or a significantly narrowed scope of discovery if any claims survive. *Second*, Databricks has moved to stay this action, including any discovery, until the resolution of the pending JAMS arbitration. No party will be prejudiced by a short continuance of the current Case Management Conference.

5. Pursuant to Civil Local Rule 7-11(a), on May 3, 2021, counsel for Databricks met and conferred with Cloudera's counsel and requested that Cloudera agree to continue the Case

Management Conference until June 24, 2021, the date of the hearing on the pending motions to dismiss and to stay. (Clark Decl. ¶ 3.) Cloudera's counsel declined to agree. (*Id*. ¶ 4.)

DATED: May 4, 2021                    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: */s/ Christopher G. Clark*
Christopher G. Clark
Attorneys for Defendant Databricks, Inc

|   |   |
|---|---|
| 1 | LANCE A. ETCHEVERRY (SBN 199916) |
|   | lance.etcheverry@skadden.com |
| 2 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| 3 | 525 University Avenue |
|   | Palo Alto, California 94301 |
| 4 | Telephone: (650) 470-4500 |
|   | Facsimile: (650) 470-4570 |
| 5 |   |
| 6 | JAMES R. CARROLL (*pro hac vice*) |
|   | james.carroll@skadden.com |
| 7 | CHRISTOPHER G. CLARK (*pro hac vice*) |
|   | christopher.clark@skadden.com |
| 8 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
|   | 500 Boylston Street |
| 9 | Boston, Massachusetts 02116 |
| 10 | Telephone: (617) 573-4800 |
|    | Facsimile: (617) 573-4822 |

Attorneys for Defendant Databricks, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| CLOUDERA, INC., | ) CASE NO.: 4:21-cv-01217-HSG |
|---|---|
| Plaintiff, | ) |
| | ) **DECLARATION OF CHRISTOPHER G. CLARK IN SUPPORT OF DEFENDANT'S ADMINISTRATE MOTION TO COMBINE THE (1) MAY CASE MANAGEMENT CONFERENCE AND (2) JUNE DISPOSITIVE MOTION HEARING** |
| v. | ) |
| DATABRICKS, INC., | ) |
| Defendant. | ) |
| | ) |
| | ) Hon. Haywood S. Gilliam, Jr. |
| | ) CTRM: Oakland Courthouse, Courtroom 2 – 4th Floor |

I, Christopher G. Clark, hereby declare and state as follows:

1. I am an attorney at the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, attorneys for Defendant Databricks, Inc. ("Databricks"). I am an attorney licensed to practice law in Massachusetts and admitted *pro hac vice* before this Court. Unless otherwise stated, I have personal knowledge of the facts stated below and, if called upon as a witness, I could and would competently testify to the following facts.

2. Pursuant to Civil L.R. 7-11, I submit this declaration in support of Databricks's Administrative Motion to Combine the (1) May Case Management States and (2) June Dispositive Motion Hearing.

3. On May 3, 2021, counsel for Databricks contacted counsel for Cloudera asking Cloudera to join a motion to continue the case management conference until June 24, 2021.

4. Cloudera's counsel declined to join the motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 4th day of May, 2021 at Boston, MA.

By: /s/ *Christopher G. Clark*
christopher.clark@skadden.com
500 Boylston Street
Boston, Massachusetts 02116
Telephone: (617) 573-4800
Facsimile: (617) 573-4822
christopher.clark@skadden.com

1  LANCE A. ETCHEVERRY (SBN 199916)
   lance.etcheverry@skadden.com
2  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
3  525 University Avenue
   Palo Alto, California 94301
4  Telephone:    (650) 470-4500
   Facsimile:    (650) 470-4570
5
6  JAMES R. CARROLL (*pro hac vice*)
   james.carroll@skadden.com
7  CHRISTOPHER G. CLARK (*pro hac vice*)
   christopher.clark@skadden.com
8  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   500 Boylston Street
9  Boston, Massachusetts 02116
   Telephone:  (617) 573-4800
10 Facsimile:  (617) 573-4822

11
Attorneys for Defendant Databricks, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| CLOUDERA, INC., <br><br> Plaintiff, <br><br> v. <br><br> DATABRICKS, INC., <br><br> Defendant. | CASE NO.: 4:21-cv-01217-HSG <br><br> **ORDER GRANTING DEFENDANT DATABRICKS'S ADMINISTRATE MOTION TO COMBINE THE (1) MAY CASE MANAGEMENT CONFERENCE AND (2) JUNE DISPOSITIVE MOTION HEARING** <br><br> Hon. Haywood S. Gilliam, Jr. <br><br> CTRM: Oakland Courthouse, Courtroom 2 – 4th Floor |

Having considered Defendant Databricks, Inc.'s Administrative Motion to Combine the (1) May Case Management Conference and (2) June Dispositive Motion Hearing, and any opposition thereto,

IT IS HEREBY ORDERED that Defendant Databricks, Inc.'s Administrative Motion is GRANTED. The case management conference currently scheduled for May 25, 2021, shall be continued to the already scheduled hearing for Defendant Databricks, Inc.'s Motion to Dismiss the Amended Complaint and Motion to Stay Pending Arbitration on June 24, 2021, at 2:00 p.m.

DATED: May 5, 2021

Hon. Haywood S. Gilliam, Jr.
United States District Judge