UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLOUDERA, INC., <br><br> Plaintiff, <br><br> v. <br><br> DATABRICKS, INC., et al., <br><br> Defendants. | Case No. 21-cv-01217-HSG <br><br> **ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S ADMINISTRATIVE MOTION TO STRIKE NEW ARGUMENTS** <br><br> Re: Dkt. No. 94 |

On May 27, 2021, Plaintiff filed an Administrative Motion to Strike New Arguments in Defendant's Reply in Opposition to Defendant's Motion to Dismiss the Amended Complaint or, Alternatively, For Leave to File Sur-Reply. Dkt. No. 94 ("Mot."); 96 ("Opp."). The Court **GRANTS IN PART** Plaintiff's Administrative Motion as follows: The alternative argument on pages 5:15-7:2, and the subheading on page 5, of Defendant Databricks, Inc.'s Reply in Further Support of its Motion to Dismiss the Amended Complaint, *see* Dkt. No. 92, is stricken from the Reply Brief and will not be considered by the Court.[1] Given this ruling, Plaintiff's alternative request for leave to file a sur-reply is **DENIED**.

**IT IS SO ORDERED.**

Dated: 6/3/2021

HAYWOOD S. GILLIAM, JR.
United States District Judge

---

[1] The Court **DENIES** Plaintiff's request to strike page 5:6-14 and the remainder of the parenthetical on line 15 and footnote four.